No. 655.  REUBEN *v.* UNITED STATES.  April 12, 1937. 300 U. S. 671.

No. 668.  ROLLNICK *v.* UNITED STATES.  April 12, 1937.  300 U. S. 671.

No. 758.  SINGER *v.* ILLINOIS EX REL. RUSCH.  April 12, 1937.  300 U. S. 642.

No. 770.  ZIMMERN ET AL. *v.* UNITED STATES.  April 12, 1937.  300 U. S. 671.

No. —, original.  EX PARTE JOSEPH PORESKY.  April 26, 1937.

No. 227.  MATOS *v.* ALONSO HERMANOS ET AL.  April 26, 1937.  300 U. S. 429.

No. 340.  DUGAS *v.* AMERICAN SURETY Co.  April 26, 1937.  300 U. S. 414.

No. 505.  ATCHISON, TOPEKA & SANTA FE RY. Co. *v.* SCARLETT.  April 26, 1937.  300 U. S. 471.

No. 694.  PEARSON, ADMINISTRATOR, *v.* UNITED STATES. April 26, 1937.  300 U. S. 678.